# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY KEELING,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; AUTOMATIC DATA PROCESSING LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.: CV 09-07415 DDP (Ex)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

LEGAL02/31853003v1

## ORDER

FOR GOOD CAUSE SHOWN, the Stipulated Protective Order, filed concurrently herewith, is hereby entered.

Documents subject to this order may be filed under seal only by specific order of the Court. If a party desires to file a document subject to this order under seal, the party shall submit a stipulation signed by all parties explaining specifically what documents are at issue and why they deserve heightened protection from disclosure. If the parties are unable to reach a stipulation, the party desiring to file under seal may submit an *ex parte* application, explaining both why the Court should allow the filing to be under seal and also why the parties were unable to reach a stipulation. Only in exceptional circumstances will the Court allow briefs to be filed under seal.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/14/10

Honorable Charles F. Eick
United States District Court
Magistrate Judge

LEGAL02/31853003v1